U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 3 1 2020
AT____O'CLOCK____
John M. Domurad, Clerk - Utica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN FORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>RENSSELAER POLYTECHNIC INSTITUTE,<br>　　　　　　　　　　Defendant. | Civil Case No. 1:20-cv-470 DNH-CFH |
| ETHAN DEECHER and GRADY HABICHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>RENSSELAER POLYTECHNIC INSTITUTE,<br>　　　　　　　　　　Defendant. | Civil Case No. 1:20-cv-498 DNH-CFH |

## [PROPOSED] ORDER

1. Pursuant to Fed. R. Civ. P. 42, the *Ford* and *Deecher* Actions are consolidated for all purposes. The cases shall be consolidated under the *Ford* Action No. 1:20-cv-470. The *Deecher* Action No. 1:20-cv-498 will be administratively closed.

2. Plaintiffs shall file their Consolidated Amended Complaint on or before September 8, 2020, or within ten (10) days after the entry of the Court's Order granting this Stipulation, whichever comes later.

3. Defendants shall file an Answer to the Consolidated Amended Complaint on or before October 8, 2020, or thirty (30) days after Plaintiffs file their Consolidated Amended. Complaint, whichever comes later.

IT IS SO ORDERED.

Dated: August 31, 2020
Utica, N.Y.

_____
Honorable David N. Hurd
United States District Judge