TOLL FREE: 1 (800) 313-2546
FACSIMILE: (843) 494-5536

REPLY TO ANN STREET OFFICE
ROY@AKIMLAWFIRM.COM

**ANASTOPOULO LAW FIRM**

AKIM A. ANASTOPOULO (SC)
ERIC M. POULIN (SC)(NC)(GA)(CA)
ROY T. WILLEY, IV (SC)

BLAKE ABBOTT (SC)
JONATHAN N. ALKIS (SC)
CONSTANCE ANASTOPOULO (SC)*
GUS ANASTOPOULO (SC)
M. STEPHEN BLEVINS, JR. (SC)
STEFAN B. FEIDLER (SC)(GA)
MATTHEW T. FOSS (SC)
IVEY B. FRANKLIN (SC)
HERB F. GLASS (SC)(GA**)
THOMAS J. GODFREY (SC)(NC)
JUSTIN S. HEMLEPP (FL)
TRAVIS D. HILKA (SC)(NC)
J. CAMDEN HODGE (SC)
LANE D. JEFFERIES (SC)
JOSHUA E. JONES (SC)
BYRON V. LEARY, II (SC)
BRIAN P. KERLEY (SC)
ALEXIS W. MCCUMBER (SC)
MATTHEW L. NALL (SC)(KY)
INDIA D. SHAW (SC)(DC)
R. CASEY VAN VALKENBURGH (SC)(IL)(MO)
P. HEATH WARD (SC)
D. LEE WILLARD, JR. (SC)
L. CRAYTON WILLIAMS (SC)
JARRETT E. WITHROW (SC)

*OF COUNSEL
**PROVISIONAL LICENSE

November 5, 2020

**VIA ELECTRONIC FILING**
The Honorable David N. Hurd

RE: *Ford, Deecher & Habicht v. Rensselaer Polytechnic Institute*,
Case No. 1:20-cv-470

Dear Judge Hurd,

  Plaintiffs respectfully request the Court's permission for attorneys Eric Poulin and Roy Willey to attend the Rule 12(c) Motion to Dismiss Hearing by telephone, teleconference, or other remote means.

  By Notice of Motion and Motion dated October 13, 2020 [ECF 30 & 30-1], this hearing was scheduled to convene on November 13, 2020 at 10:00am before your Honor in the Alexander Pirnie Federal Building, 10 Broad Street, Uitica, New York 13501. Undersigned counsel have been retained to represent Plaintiffs in this matter. While counsel are ready and willing to appear for the in person hearing as scheduled, they reside in the State of South Carolina, which, pursuant Governor Cuomo's Executive Order 205.2, would require them to quarantine for 14 days upon arrival in New York. The lone exception to this Order would require Counsel to quarantine, according to Department of Health guidelines, for a minimum of 3 days and on day 4, Counsel could seek a diagnostic test to exit quarantine. Unfortunately, it does not appear that this requirement will be lifted in the coming weeks

  Plaintiffs' Counsel would be glad to provide a Zoom video conference link and will provide the same should the Court so require. Should the Court require in person attendance, Plaintiffs' co-counsel is more than capable of attending the hearing and speaking on Plaintiffs' behalf and the same will be arranged. However, as co-lead counsel in the case, undersigned counsel would prefer to participate if able.

  Counsel has conferred with Defendant regarding this request and Defendant has no objection.

Respectfully submitted,

/s/ Roy T. Willey, IV
/s/ Eric M. Poulin

cc: Jonathan B. Fellows (FellowJ@bsk.com)
   Michael E. Ginsberg (mginsberg@psgglaw.com)
   Suzanne M. Messer (messers@bsk.com)

MAILING: 32 Ann Street, Charleston, South Carolina 29403
**North Charleston**: 2170 Ashley Phosphate Road, 3rd Floor, North Charleston, South Carolina 29406 * **Greenville**: 418 River Street, Greenville, SC 29601
**Florence**: 150 W. Evans Street, Florence, South Carolina 29501 * **Myrtle Beach**: 2411 N. Oak Street, Suite 407, Myrtle Beach, South Carolina 29577
**Columbia**: 1201 Main Street, Suite 1100, Columbia, South Carolina 29201 * **Charlotte, NC**: 525 N. Tryon Street, Suite 1600, Charlotte, NC 28202
**Wilmington, NC**: Appointment Only