UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN FORD, ETHAN DEECHER and GRADY HABICHT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>RENSSELAER POLYTECHNIC INSTITUTE,<br><br>                      Defendant. | Case No. 1:20-cv-00470-DNH |

**PLAINTIFFS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING**

**PLEASE TAKE NOTICE THAT**, upon the Joint Declaration of the Paul J. Doolittle and James R. Peluso, sworn to on August 22, 2023, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiffs Morgan Ford, Ethan Deecher, and Grady Habicht will move this Court at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, before the Honorable David N. Hurd, United States District Judge, for an Order under Federal Rule of Civil Procedure 23 to:

1. Have the Consolidated Class Action Complaint (Dkt. No. 28), serve as the operative complaint in this Litigation;

2. Grant preliminary approval of the Proposed Settlement on behalf of the Settlement Class Members according to the terms of the Stipulation of Settlement;

3. Provisionally certifying, for settlement purposes only, the Rule 23 Class which consists of all students enrolled in any RPI program at the Troy Campus who were

1

        assessed Spring 2020 semester and/or Summer Arch 2020 semester Tuition and Fees, with the exception of: (i) any person who withdrew from RPI on or before March 10, 2020; (ii) any person enrolled for the Spring 2020 semester solely in a program for that, at the beginning of the Spring 2020 semester, was intended to be delivered as an online program; (iii) any person who properly executes and files a proper and timely opt-out request to be excluded from the Settlement Class; and (iv) the legal representatives, successors or assigns of any such excluded person;

4. Approve the form and content of, and direct the distribution of, the proposed Short and Long Form class notices ("Notices");

5. Preliminarily approve the law firms of Dreyer Boyajian, LLP ("DB") and Poulin | Wiley | Anastopoulo, LLC ("PWA") as Class Counsel for the Class;

6. Preliminarily approve Plaintiffs Morgan Ford, Ethan Deecher and Grady Habicht as Class Representatives;

7. Approving the Parties' proposed settlement procedure, including approving the Parties' selection of Simpluris as Settlement Administrator and approving the Parties' proposed schedule;

8. Set a date for the Final Approval Hearing no less than seventy-five (75) days after the Short Form Notice is disseminated (SA ¶ 36);

9. Granting such other and further relief as may be just and appropriate.

A proposed Order to grant preliminary approval of the Settlement is attached to the accompanying Joint Declaration of Paul J. Doolittle and James R. Peluso in support of the motion.

Oral argument is requested to the extent desired by the Court.

Dated: August 22, 2023

/s/ *Paul J. Doolittle*
Paul J. Doolittle, Esq.
Blake G. Abbott, Esq.
Roy T. Willey, IV, Esq.
Eric M. Poulin, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, South Carolina 29403
Tel: (803) 222-2222
Fax: (843) 494-5536
Blake.abbott@poulinwilley.com
paul.doolittle@poulinwilley.com
roy@poulinwilley.com
eric@poulinwilley.com

- and -

/s/ *James R. Peluso*
Donald W. Boyajian, Esq.
James R. Peluso, Esq.
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Tel: (518) 463-7784
Fax: (518) 463-4039
dboyajian@dblawny.com
jpeluso@dblawny.com

Interim Class Counsel