UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN FORD, ETHAN DEECHER and GRADY HABICHT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>RENSSELAER POLYTECHNIC INSTITUTE,<br><br>        Defendant. | Case No. 1:20-cv-00470-DNH-CFH |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF MANNER OF DISTRIBUTION OF NET SETTLEMENT FUND**

**PLEASE TAKE NOTICE** that, by and through their undersigned counsel, Plaintiffs Morgan Ford, Ethan Deecher, and Grady Habicht ("Settlement Class Representatives") respectfully move this Court, before the Hon. David N. Hurd, on January 9, 2024 at 1:00 p.m. at the United States District Court for the Northern District of New York, 10 Broad Street, Utica, New York 13501, for Final Approval of the Settlement, totaling $6,500,000.00, reached in this Action with Defendant Rensselaer Polytechnic Institute ("RPI") and approval of the manner of distribution of the net Settlement Fund, pursuant to Federal Rule of Civil Procedure 23(e). Additionally, Settlement Class Representatives move for a Fee Award in the amount of 33.3% of the Settlement Fund (or $2,166,666.66), Litigation Expenses in the amount of $121,813.13, which shall come from the Settlement Fund, and Service Awards in the amount of ten thousand dollars ($10,000.00) to each Settlement Class Representative, which shall come from the Settlement Fund. In support of this Motion, Settlement Class Representatives refer the Court to the concurrently

1

filed Memorandum of Points and Authorities, the Joint Declaration of Paul J. Doolittle and James R. Peluso dated December 8, 2023, the Declaration of Amy Lechner re: Notice Procedures, the Settlement dated December 5, 2023, and concurrently filed exhibits.

Dated: December 8, 2023

Respectfully submitted,

/s/ *Paul J. Doolittle*
Paul J. Doolittle, Esq.
Blake G. Abbott, Esq.
Roy T. Willey, IV, Esq.
Eric M. Poulin, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, South Carolina 29403
Tel: (803) 222-2222
Fax: (843) 494-5536
Email:   paul.doolittle@poulinwilley.com
         blake.abbott@poulinwilley.com
         roy@poulinwilley.com
         eric@poulinwilley.com

- and -

/s/ *James R. Peluso*
Donald W. Boyajian, Esq.
James R. Peluso, Esq.
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Tel: (518) 463-7784
Fax: (518) 463-4039
dboyajian@dblawny.com
jpeluso@dblawny.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2023, I electronically filed the foregoing Motion, Joint Declaration of Paul J. Doolittle and James R. Peluso dated December 8, 2023, Declaration of Amy Lechner dated December 5, 2023, Memorandum of Law dated December 8, 2023, and concurrently filed exhibits, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Paul J. Doolittle*